# United States District Court
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:21-CR-253-23 |
| | § | Judge Mazzant/Judge Johnson |
| EJIRO OHWOVORIOLE (23) | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 5, 2024, the report of the Magistrate Judge (Dkt. #1056) was entered containing proposed findings of fact and recommendations that Defendant Ejiro Ohwovoriole's Motion to Suppress (Dkt. #840) be denied.

Having received the report of the Magistrate Judge, and no timely objections being filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report (Dkt. #1056) as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Ejiro Ohwovoriole's Motion to Suppress (Dkt. #840) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 25th day of January, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE